AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ROBERTO A. MINUTA<br><br>*Defendant(s)* | Case: 1:21-mj-00260<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/24/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1512(c)(2), 2 | Obstruction of an Official Proceeding and Aiding and Abetting |
| 18 U.S.C. §§ 1752(a)(1) | Restricted Building or Grounds |
| 18 U.S.C. §§ 1512(c)(1) | Tampering with Documents or Proceedings |

This criminal complaint is based on these facts:
See attached Affidavit in Support of Criminal Complaint.

☐ Continued on the attached sheet.

*Complainant's signature*

Marc A. Esposito, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  02/24/2021

*Judge's signature*

City and state:   Washington, DC        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*