**U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** ) | Case No.: 21--260 |
| ) | |
| **vs.** ) | |
| ) | |
| **ROBERSTO MINUTA** ) | |
| ) | |

**APPEARANCE**

WOULD THE CLERK OF THE COURT ENTER JENIFER WICKS' APEARANCE, APPINTED UNDER THE CRIMINAL JUSTICE ACT FOR ROBERTO MINUTA.

Respectfully submitted.

/s/ Jenifer Wicks

JENIFER WICKS
DC Bar 465476
Blind Justice Legal Services
PO Box 60585
Washington, DC 20039
Telephone 202-839-5102
Facsimile 202-478-0867
Email Jenifer@BlindJusticeDC.org