UNITED STATES DISTRICT COURT DISTRICT
OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 21-000260-** |
| | ) | **MAGISTRATE JUDGE ZIA M. FARUQUI** |
| **ROBERTO ANTONIO MINUTA** | ) | |

### ORDER

UPON Consideration of the unopposed motion to mend conditions. And for good cause shown, it is this _____ day of March 2021, hereby

Granted and so it is

Further Ordered that Mr. Roberto Minuti may travel to New York for business and must only report travel outside of the Eastern District of Texas to PSA. All other conditions of the March 17, 2021 release order remain in force.

_____
Zia M. Faruqui, U.S. Magistrate Judge

2